AP 77,036
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/8/2015 3:41:32 AM
Accepted 7/8/2015 8:02:15 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## No. AP-77,036

**JUAN BALDERAS**
*Appellant*,

**v.**

**THE STATE OF TEXAS**

On Direct Appeal from the 179th District Court of Harris County, Texas; Cause No. 1412826.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS IS A DEATH PENALTY CASE

---

# REQUEST FOR ORAL ARGUMENT

---

**R. Scott Shearer**
TBA No. 00786464
917 Franklin, Suite 320
Houston, Texas 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant
(court-appointed)**

July 8, 2015

## STATEMENT REGARDING ORAL ARGUMENT

The Appellant hereby requests oral argument in this cause. *See* TEX. R. APP. PROC. 71.3. Appellant believes oral argument would be helpful given the novelty of Appellant's arguments concerning the State's use of an unnecessary interpreter. Both Appellant and the State recognize that there are no prior decisions directly addressing Appellant's points of error on this subject.

# CERTIFICATE OF SERVICE

I certify that a copy of this request for oral argument has been served upon the State of Texas by e-mailing a copy of same to the following parties at their respective addresses on this the 8th day of June, 2015:

DISTRICT ATTORNEY'S OFFICE
A.D.A. ALAN CURRY
APPELLATE DIVISION
DISTRICT ATTORNEY'S OFFICE
1201 FRANKLIN
HOUSTON, TX 77002


DISTRICT ATTORNEY'S OFFICE
A.D.A. CLINTON MORGAN
APPELLATE DIVISION
DISTRICT ATTORNEY'S OFFICE
1201 FRANKLIN
HOUSTON, TX 77002
*MORGAN_CLINTON@dao.hctx.net*

/s/ R. SCOTT SHEARER
**R. Scott Shearer**